FILED

02/02/2023

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 22-0358

IN THE SUPREME COURT OF THE STATE OF MONTANA

DA 22-0358

| | |
|---|---|
| WESTVIEW MOBILE HOME PARK,<br><br>      Plaintiffs-Appellee-<br>      Cross Appellant,<br><br>      v.<br><br>DAVID LOCKHART AND DOREEN<br>LOCKHART,<br><br>      Defendants-<br>      Appellants-Cross<br>      Appellees. | ORDER |

Montana Homeownership Network d/b/a NeighborWorks Montana ("NWMT") has filed a Motion for Leave to File an Amicus Curiae Brief. The parties have been contacted regarding NWMT's participation as *amicus*. Counsel for both the Plaintiffs-Appellee- Cross Appellant and the Defendants-Appellants-Cross Appellees do not object to NWMT's participation.

IT IS HEREBY ORDERED that the motion to file an amicus brief is GRANTED.

IT IS FURTHER ORDERED that NWMT's amicus brief shall be filed on or before February 16, 2023.

Electronically signed by:
Mike McGrath
Chief Justice, Montana Supreme Court
February 2 2023